LOCKE LORD LLP
M. Taylor Florence (SBN 159695)
tflorence@lockelord.com
500 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone: 916-930-2500
Facsimile: 916-930-2501

Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0254
Facsimile: 312-896-6254

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY




# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ELLISON FRAMING, INC. | CASE NO. 2:11-cv-00122-JAM-DAD |
| Plaintiff, | Honorable John A. Mendez |
| vs. | **ORDER GRANTING REQUEST TO SEAL** |
| ZURICH AMERICAN INSURANCE COMPANY | |
| Defendant. | |

PROPOSED ORDER ON REQUEST TO SEAL

This Court, having considered the Request to Seal submitted by Defendant Zurich American Insurance Company, hereby grants the Request. IT IS HEREBY ORDERED AND ADJUDGED that:

1. The arbitrators entered a final arbitration award dated November 12, 2014 (the "Final Award") in the arbitration pending between Zurich and Plaintiff Ellison Framing, Inc.

2. Zurich has requested leave to file the Final Award with the Court under seal pursuant to the terms of a Confidentiality Order entered in the arbitration.

3. This Court hereby grants the request and seals all five pages of the Final Award.

Dated 11-18, 2014

IT IS SO ORDERED

*[signature]*

Honorable John A. Mendez
United States District Court Judge

Locke Lord LLP
500 Capital Mall, Suite 1800
Sacramento, CA 95814