LOCKE LORD LLP
M. Taylor Florence (SBN 159695)
tflorence@lockelord.com
500 Capitol Mall, Suite 1800
Sacramento, California  95814
Telephone:  916-930-2500
Facsimile:  916-930-2501

Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
111 South Wacker Drive
Chicago, Illinois  60606
Telephone:  312-443-0254
Facsimile:  312-896-6254

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ELLISON FRAMING, INC. | CASE NO. 2:11-cv-00122-JAM-DAD |
| Plaintiff, | Honorable John A. Mendez |
| vs. | **ORDER GRANTING MOTION TO CONFIRM FINAL ARBITRATION AWARD** |
| ZURICH AMERICAN INSURANCE COMPANY | |
| Defendant. | |

Locke Lord LLP
500 Capital Mall, Suite 1800
Sacramento, CA  95814

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Locke Lord LLP
500 Capital Mall, Suite 1800
Sacramento, CA  95814

This Court, having considered the Motion to Confirm Arbitration Award filed by Defendant Zurich American Insurance Company, hereby grants the Motion.  IT IS HEREBY ORDERED AND ADJUDGED that:

1.      The arbitrators entered a final arbitration award dated November 12, 2014 (the "Final Award") in the arbitration pending between Zurich and Plaintiff Ellison Framing, Inc.

2.      This Court hereby confirms the Final Award pursuant to Section 9 of the Federal Arbitration Act.

3.      This Court hereby enters judgment in accordance with the terms of the Final Award.

Dated 12/15/2014                                     IT IS SO ORDERED

                                                                  /s/ John A. Mendez_____

                                                                  Honorable John A. Mendez
                                                                  United States District Court Judge

_____
PROPOSED ORDER ON MOTION TO CONFIRM ARBITRATION AWARD