Locke Lord LLP
500 Capital Mall, Suite 1800
Sacramento, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELLISON FRAMING, INC. | CASE NO. 2:11-cv-00122-~~LKK~~JAM-DAD |
| Plaintiff, | Honorable Judge John A. Mendez |
| vs. | [~~PROPOSED~~] *JAM* ORDER GRANTING ZURICH AMERICAN INSURANCE COMPANY'S <u>AMENDED</u> MOTION FOR ASSIGNMENT ORDER AND FOR ORDER RESTRAINING JUDGMENT DEBTOR |
| ZURICH AMERICAN INSURANCE COMPANY | |
| Defendant. | |
| | DATE: APRIL 22, 2015 |
| | TIME: 9:30 a.m. |

Defendant and Judgment Creditor Zurich American Insurance Company's (hereinafter "Zurich") Motion for Assignment Order and for an Order Restraining Judgment Debtor came before this Court regularly for hearing on ~~April 22~~ March 25, 2015, at 9:30 a.m. in Courtroom 6 of the above-titled court, the Honorable Judge John A. Mendez presiding. The Court having considered the evidence and argument, both oral

1

1 and documentary, including the papers and records on file herein, and good cause
2 having been shown, the Court orders as follows:
3     IT IS HEREBY ORDERED that:
4     1.    Judgment Debtor, ELLISON FRAMING, INC. (hereinafter "Ellison")
5 hereby assigns to Defendant and Judgment Creditor Zurich all of Ellison's rights to
6 receive payments from its accounts receivable as identified in the underlying motion.
7 The payments from the following persons or entities hereby assigned to Zurich are as
8 follows:
9     - JR Roberts Deacon, Inc.,
10     - K&E Properties,
11     - RJK Construction,
12     - Westpac / D.R. Horton Bay, Inc., and
13     - William Lyon Homes, Inc.
14     This assignment herein shall remain effective until the judgment is fully
15 satisfied or this Order is amended.
16     2.    JR Roberts Deacon, Inc., K&E Properties, RJK Construction, Westpac /
17 D.R. Horton Bay, Inc., and William Lyon Homes, Inc. shall pay to Zurich all amounts
18 due or owing to Ellison. All amounts paid to Zurich shall be applied to the judgment
19 against Ellison until the judgment is fully satisfied or this Order is amended.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

[PROPOSED] ORDER GRANTING ZURICH AMERICAN INSURANCE COMPANY'S AMENDED MOTION FOR ASSIGNMENT ORDER AND FOR ORDER RESTRAINING JUDGMENT DEBTOR

Locke Lord LLP
500 Capital Mall, Suite 1800
Sacramento, CA 95814

3. Ellison is hereby restrained from disposing of, encumbering, or otherwise impairing the value of the accounts receivable that are assigned to Zurich.

NOTICE IS HEREBY GIVEN THAT ANY FAILURE BY ELLISON TO COMPLY WITH THIS ORDER MAY SUBJECT ELLISON TO BEING HELD IN CONTEMPT OF COURT.

IT IS SO ORDERED.

Dated: March 25, 2015

District Judge John A. Mendez

---

3

[PROPOSED] ORDER GRANTING ZURICH AMERICAN INSURANCE COMPANY'S <u>AMENDED</u> MOTION FOR ASSIGNMENT ORDER AND FOR ORDER RESTRAINING JUDGMENT DEBTOR